IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PLANADEBALL,<br><br>**Plaintiff**<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, *et al.*,<br><br>**Defendants.** | **CIVIL NO.** 12-1485 (JAG) |

**JUDGMENT**

Pursuant to the Order entered on even date, (Docket No. 64), Judgment is hereby entered dismissing Plaintiff's claims of hostile work environment and retaliation under Title VII, Law 100, and Law 115 **with prejudice**. Plaintiff's remaining claims under Puerto Rico law are hereby dismissed **without prejudice**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of September, 2013.

<u>S/ Jay A. Garcia-Gregory</u>
United States District Judge